UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AULTON DANIEL GOBEN, III,

        Plaintiff,                Case No. 1:25-cv-667

v.                                       Honorable Phillip J. Green

KENT COUNTY, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as duplicative and, therefore, malicious pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  July 22, 2025                      /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge